IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

RECEIVED
USDC, CLERK, CHARLESTON, SC
2009 JAN 16  P 1:33

| | |
|---|---|
| DUFERCO STEEL, INC., DUFERCO S.A., AND ACE EUROPEAN GROUP LTD. AS SUBROGATED UNDERWRITERS OF DUFERCO STEEL, INC. AND DUFERCO S.A.,<br><br>Plaintiffs,<br><br>vs.<br><br>PRECIOUS JASMINE, LTD., GREAT CIRCLE SHIPPING AGENCY, LTD., NAVISION SHIPPING COMPANY A/S, WSI OF THE SOUTHEAST, LLC, MARINE BARGE COMPANY, LLC, PRECIOUS SHIPPING PUBLIC CO., LTD., TRANS SEA TRANSPORT NV, *in personam*, AND M/V MALLIKA NAREE, *in rem*,<br><br>Defendants. | Civil Action No.: 2:08-cv-2863 – CWH<br><br>**ORDER VACATING<br>ENTRY OF DEFAULT** |

Before me is Defendant Trans Sea Transport NV's motion to vacate the entry of default entered against it. The clerk made an entry of default against Defendant Trans Sea Transport NV on November 12, 2008. On December 2, 2008, Trans Sea Transport NV moved to vacate the entry of default. Plaintiffs Duferco Steel, Inc., ACE European Group, Ltd., and Duferco S.A. have conferred with Defendant Trans Sea Transport NV concerning the entry of default and those parties have agreed to consent to an order vacating the entry of default against Trans Sea Transport NV in exchange for Trans Sea Transport NV's agreement not to raise the service of process defenses, including the lack of personal jurisdiction based upon improper service of process, preserved in its Answer and Amended Answer



Accordingly, it is hereby ORDERED that the entry of default entered against Trans Sea Transport NV is VACATED and the answer and amended answer filed by Trans Sea Transport NV on December 1, 2008 and December 22, 2008, respectively, are accepted as timely.

_____
The Honorable C. Weston Houck

January 16, 2009

We Consent:

s/S. Scott Bluestein
S. Scott Bluestein

Attorney for Plaintiffs Duferco Steel, Inc.
Duferco S.A., ACE European Group, Ltd.

s/Lydia Blessing Applegate
Lydia Blessing Applegate

Attorney for Trans Sea Transport



2